lawful use of a weapon. The trial court sentenced him to concurrent terms of ten years for first degree robbery, twenty-five years for armed criminal action and five years for unlawful use of a weapon. We have reviewed the briefs of the parties and the record on appeal and find no error of law. An extended opinion would serve no jurisprudential purpose. We have, however, prepared a memorandum opinion for the use of the parties only setting forth the reasons for our decision. We affirm the judgment pursuant to Rule 30.25(b).

error of law. An extended opinion would serve no jurisprudential purpose. Rule 30.25(b). We have, however, prepared a memorandum opinion for the use of the parties only setting forth the reasons for our decision. We affirm the judgment pursuant to Rule 30.25(b).

**STATE of Missouri, Respondent,**

v.

**Michael TEER, Appellant.**

No. 71576.

Missouri Court of Appeals,
Eastern District,
Division Two.

Jan. 13, 1998.

R. Todd Ryan, Joseph J. Porzenski, St. Charles, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Karen L. Kramer, Asst. Atty. Gen., Jefferson City, for respondent.

Before CRANE, P.J., and RHODES RUSSELL and JAMES R. DOWD, JJ.

### ORDER

PER CURIAM.

Michael Teer, Defendant, appeals from the judgment entered pursuant to his jury conviction for four counts of involuntary manslaughter and one count of second degree assault. We have reviewed the briefs of the parties and the record on appeal and find no

**Carlos TRAVIS, Movant/Appellant,**

v.

**STATE of Missouri,
Respondent/Respondent.**

No. 71919.

Missouri Court of Appeals,
Eastern District,
Division Two.

Jan. 13, 1998.

David C. Hemingway, Asst. Sp. Public Defender, St. Louis, for Movant/Appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Breck K. Burgess, Jefferson City, for Respondent/Respondent.

Before CRANE, P.J., and RHODES RUSSELL and JAMES R. DOWD, JJ.

### ORDER

PER CURIAM.

Carlos Travis, movant, appeals the judgment denying his Rule 24.035 motion for post-conviction relief without an evidentiary hearing on the grounds that it was untimely. The judgment is based on findings of fact that are not clearly erroneous. No error of law appears. An extended opinion would have no precedential value. We have, however, prepared a memorandum opinion for the use of the parties only setting forth the